UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | M.B.D. No. 05-10256-RWZ/MBB |
| RICHARD J. ROGERS, | ) ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on June 30, 2005. This Court issued an Order to Show Cause for the respondent to appear before the Court on September 9, 2005 at 10:00 am. No service has been made.

The petitioner now seeks to withdraw its petition because it is unable to locate the respondent

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

By:   /s/Patricia M. Connolly
PATRICIA M. CONNOLLY
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3282

Dated: 9/6/05